**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
KEVIN T. STRONG, BAR NO. 12107.

No. 67622

**FILED**

SEP 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER APPROVING DISCIPLINARY PANEL'S RECOMMENDATION AND GRANTING MOTION TO SEAL

This is a petition by bar counsel filed pursuant to SCR 111(4) regarding attorney Kevin T. Strong.[1] The petition is supported by documentation indicating that on November 17, 2014, in the Justice Court of Las Vegas Township, Strong entered a plea of nolo contendere to DUI. Strong self-reported the conviction. SCR 111(2).

The petition is further supported by documentation indicating that, pursuant to SCR 111(4), bar counsel investigated this matter, which was presented to a screening panel of the Southern Nevada Disciplinary Board with a recommendation that Strong be placed in the diversion program pursuant to SCR 105.5 for one year. According to the documents submitted by bar counsel, the screening panel agreed with the recommendation and, as a result, Strong and bar counsel entered into a diversion agreement.

---

[1]Bar counsel has filed a motion to seal the petition based on medical information referenced in the petition and exhibits to it. Cause appearing, we grant the motion. *See* SCR 105.5(1)(b), (2); SCR 121(1). The clerk of this court shall file the petition under seal.

**SUPREME COURT**
**OF**
**NEVADA**

(O) 1947A

15-29070

Having reviewed the petition and the panel's recommendation, we hereby approve the recommendation that Strong be placed in the diversion program for one year. SCR 111(4), (9). We decline to impose a temporary suspension at this time. SCR 111(9).

It is so ORDERED.

_____ , J.
Parraguirre

_____ , J.
Douglas

_____ , J.
Cherry

cc:  Chair, Southern Nevada Disciplinary Board
     Bar Counsel, State Bar of Nevada
     Kimberly Farmer, Executive Director, State Bar of Nevada
     Kevin T. Strong